IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 04-42629 |
| | ) | |
| AMERICAN WAY INVESTMENTS CORPORATION | ) ) | JUDGE KAY WOODS |
| | ) | CHAPTER 11 |
| DEBTOR | ) | |

### TRANSMITTAL OF UNCLAIMED FUNDS FOR THE ESTATE OF GLENN VIEW LAND COMPANY, INC.

KATHRYN A. BELFANCE, Liquidation Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

| | |
|---|---|
| AMERITECH<br>BILL PAYMENT CENTER<br>SAGINAW, MI 48663 | $16.17 |
| FIRST USA BANK, NA<br>P.O. BOX 94014<br>PALATINE, IL 60094 | $2,194.88 |
| EDWARD C. HOOD<br>C/O MIKE A. GALLO, ESQ.<br>20 FEDERAL PLAZA WEST, SUITE 600<br>YOUNGSTOWN, OH 44503 | $3,619.45 |
| IMPERIAL PREMIUM FINANCE, INC.<br>615 DAVIS DRIVE, SUITE 700<br>DURHAM, NC 27713 | $55.09 |
| OHIO EDISON<br>100 N. STATE STREET<br>GIRARD, OH 44420 | $407.19 |

2.   Trustee's check for $6,292.78, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

Date: November 30, 2010

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE